**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    MARJORIE HESS,

8              Plaintiff,                      No. C 06-0572 PJH

9         v.                                   **ORDER DENYING OMNIBUS**
                                               **REQUEST FOR DISMISSALS**
10   ASTRAZENECA PHARMACEUTICALS,
     L.P., et al.,
11
               Defendants.
12   _____/

13   This document also relates to:

14   Buchanan v. Astrazeneca Pharm. et al. (C 06-623 PJH)
     Shearman v. Astrazeneca Pharm. et al. (C 06-1311 PJH)
15   Niemann v. Astrazeneca Pharm. et al. (C 06-1315 PJH)
     Naramore v. Astrazeneca Pharm. et al. (C 06-1394 PJH)
16   Birkner v. Astrazeneca Pharm. et al. (C 06-1403 PJH)
     Gaiman v. Astrazeneca Pharm. et al. (C 06-1500 PJH)
17   Coppola v. Astrazeneca Pharm. et al. (C 06-1531 PJH)

18   _____/

19        The court is in receipt of plaintiffs' motion for administrative relief, filed July 14, 2006,

20   seeking an omnibus order approving dismissal of all above-referenced cases.  Having

21   carefully reviewed the request and defendants Astrazeneca Pharmaceuticals' and

22   Atrazeneca L.P.'s opposition thereto, the court DENIES plaintiffs' request, for the reasons

23   that follow.

24        First, the court notes that an administrative motion is not the appropriate vehicle for

25   resolution of the substantive arguments raised by the parties in connection with plaintiffs'

26   request for dismissals.  As Civil Local Rule 7-11 makes clear, administrative motions are

27   reserved for "miscellaneous administrative matters, not otherwise governed by a federal

28   statute," typically including motions "such as motions to exceed otherwise applicable page

United States District Court

For the Northern District of California

1  limitations or motions to file documents under seal, for example." See Civ. L. R. 7-11.

2  Plaintiffs' request for dismissals, by contrast, raises substantive arguments, which cannot

3  be adequately addressed on the short time frame contemplated by the local rule governing

4  administrative motions.

5  For example, the court notes that plaintiffs fail to specifically address the fact that

6  two of the cases at issue, the instant Hess v. Astrazeneca Pharm. et al., and Buchanan v.

7  Astrazeneca Pharm. et al., C 06-623 PJH, were explicitly named in and subject to the

8  Transfer Order filed by the Judicial Panel on Multidistrict Litigation on July 6, 2006.  As

9  such, it is not clear that the court currently maintains jurisdiction to grant plaintiffs' request.

10  In addition, although seven of the eight above-referenced cases name at least one

11  additional defendant, as plaintiffs point out in a footnote, it is unclear that those defendants

12  have been properly served with plaintiffs' administrative motion, or otherwise given the

13  opportunity to present argument with respect to plaintiffs' request.

14  Moreover, the court is specifically concerned that plaintiffs, after seeking to avail

15  themselves of the multidistrict litigation procedures, now seek summary dismissal of the

16  same cases which they sought to have transferred pursuant to the MDL statutes.  While

17  plaintiffs are generally correct that they are entitled to make strategic litigation decisions, it

18  is not clear to the court at this juncture whether the "tactical advantage" that plaintiffs may

19  be seeking through dismissal is, or should be, warranted.

20  In short, the above issues require a substantive discussion on the merits of plaintiffs'

21  request, and the consideration that a properly noticed motion affords.  Indeed, these issues

22  confirm the general impropriety of plaintiffs' use of an administrative motion here, as the

23  administrative motion procedure fails to give the parties – and specifically, the non-

24  responding defendants here – adequate opportunity to be heard.[1]

25

26  [1]  While the court understands that plaintiffs may have been motivated to utilize the
administrative motion procedure in order to seek expedited relief, plaintiffs should have sought
27  expedited relief by filing an administrative motion to have a properly noticed motion seeking
dismissal heard on shortened time.
28

2

1    For the above reasons, the court DENIES plaintiffs' administrative request for an

2  omnibus order granting dismissal of the eight above-referenced cases.  With respect to the

3  two cases specifically noted above that are already subject to the July 6, 2006 Transfer

4  Order issued by the Judicial Panel on Multidistrict Litigation, plaintiffs' request is denied

5  with prejudice.  With respect to the remaining 6 cases (which defendants have identified as

6  potential tag-along cases), plaintiffs are free to re-file a properly noticed motion – pursuant

7  to the normal 35 day briefing schedule – seeking dismissal of those cases.

8

9  **IT IS SO ORDERED.**

10  Dated: July 25, 2006

11  _____
    PHYLLIS J. HAMILTON
12  United States District Judge

3